# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-3016
LT Case No. 2022-DR-380

_____

KERRY DAN AZZARITI,

    Appellant,

    v.

THERESA SUSAN AZZARITI,

    Appellee.

_____

On appeal from Circuit Court for Sumter County.
Michelle Morely, Judge.

Kerry Dan Azzariti, The Villages, pro se.

Theresa Susan Azzariti, The Villages, pro se.

March 5, 2024

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

EDWARDS, C.J., JAY, and EISNAUGLE, JJ., concur.

--------------------------------

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

--------------------------------